# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 11-2511

IN RE: Request from the United Kingdom Pursuant to the Treaty Between the Government of the United States of America and the Government of the United Kingdom on Mutual Assistance in Criminal Matters in the Matter of Dolours Price

UNITED STATES OF AMERICA,
Petitioner -Appellee

v.

TRUSTEES OF BOSTON COLLEGE, Movant

ED MOLONEY; ANTHONY MCINTYRE
Applicants for Intervention-Appellants

No. 12-1159

ED MOLONEY; ANTHONY MCINTYRE
Plaintiffs - Appellants

v.

ERIC HOLDER, JR., Attorney General; JOHN T. MCNEIL, Commissioner
Defendants-Appellees

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX *EX PARTE* AND UNDER SEAL

The United States of America hereby moves this Court for leave to file a supplemental appendix *ex parte* and under seal. The government believes that the documents contained in that supplemental appendix, all of which were filed in the district court under seal, will assist the Court in its resolution of the issues presented on appeal. An affidavit outlining the nature of the material and the government's reason for submitting this motion, is submitted herewith. The

government submits that affidavit *ex parte* and under seal.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

Date: March 15, 2012            By:   /s/ John T. McNeil

                                        JOHN T. McNEIL
                                        BARBARA HEALY SMITH
                                        Assistant U.S. Attorneys